THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Harry Kirvin, Appellant.
 
 
 

Appeal From Lee County
 Howard P. King, Circuit Court Judge

Unpublished Opinion No.  2008-UP-710
 Submitted December 1, 2008  Filed
December 16, 2008

AFFIRMED

 
 
 
 Deputy Chief Appellate Defender Wanda H. Carter, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Senior
 Assistant Attorney General Harold M. Coombs, Jr., all of Columbia; and Solicitor
 Cecil Kelly Jackson, of Sumter, for Respondent.
 
 
 

PER CURIAM: 
 Kirvin appeals his conviction for assault and battery of a high and aggravated
 nature.  Kirvin argues the trial court erred by admitting a hospital bill and failing to adequately address the States
 reference to community values in his closing argument.  We affirm pursuant to Rule 220(b)(1),
 SCACR, and the following authorities:  State
 v. Pagan, 369 S.C. 201, 208, 631
 S.E.2d 262, 265 (2006) (holding the admission of evidence is within the
 discretion of the trial court and will not be reversed absent an abuse of
 discretion); State v. Patterson, 324 S.C. 5, 18, 482 S.E.2d 760, 766
 (1997) (explaining if a party objects during closing arguments and the
 objection is sustained, but the party then fails to move to strike or request a
 curative instruction, the issue is not preserved for review).

AFFIRMED.[1]
WILLIAMS, PIEPER, and GEATHERS, JJ.,
concur.  

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.